LAW OFFICES OF VICTOR SHERMAN

A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2021

December 9, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Lin Miao
      Case No.: 1:15-cr-00628-AT

Dear Judge Torres:

Defense counsel respectfully requests that the sentencing hearing currently scheduled for February 15, 2022 at 1:00 p.m. be adjourned to a date in June, 2022. The reason for the continuance is because Mr. Miao testified in three trials and the defense would like to be able to provide the Court with a complete review of the defendants cooperation.

Defense counsel has contacted Assistant U.S. Attorney, Richard Cooper, who does not oppose the above request.

Yours very truly,

VICTOR SHERMAN

**GRANTED.** Sentencing scheduled for February 15, 2022 is ADJOURNED to **June 7, 2022**, at **1:00 p.m.** Defendant's submissions are due by **May 24, 2022**. The Government's submissions are due by **May 31, 2022**.

SO ORDERED.

Dated: December 13, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge