LAW OFFICES OF VICTOR SH

A PROFESSIONAL LAW CORPORATIO
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  5/10/2022 |

May 5, 2022

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Lin Miao; Case No.: 1:15-cr-00628-AT

Dear Judge Torres:

    Defense counsel respectfully requests that the sentencing hearing currently scheduled for June 7, 2022 at 1:00 p.m. be adjourned to a date after September 26, 2022. The reason for the continuance is because Mr. Miao's cooperation is extensive as well as his rehabilitation since his plea in this case. Counsel needs the additional time to provide the Court with a complete review of the defendants cooperation and his current status. The additional time is also requested due to counsel's time conflicts of other cases and in an effort to be efficient and avoid having to reschedule due to conflicts or transportation issues, undersigned counsel proposes that the hearing be set for a date after September 26, 2022 at the Court's convenience.

    Defense counsel has contacted Assistant U.S. Attorney, Richard Cooper, who does not oppose the above request.

GRANTED in part and DENIED in part. The sentencing scheduled for June 7, 2022, is ADJOURNED to **July 12, 2022**, at **3:00 p.m.** Defendant's submission is due by **June 28, 2022**. The Government's submission is due by **July 5, 2022**.

SO ORDERED.

Dated: May 10, 2022
    New York, New York

_____
**ANALISA TORRES**
**United States District Judge**