USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LIN MIAO,

Defendants.

15 Cr. 628 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter scheduled for July 12, 2022, is ADJOURNED to **July 19, 2022**, at **1:00 p.m.** The conference will use the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 16, 2022), ECF No. 10 (finding that "felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure . . . cannot in all instances be conducted in person without seriously jeopardizing public health and safety"). Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: June 30, 2022
New York, New York

ANALISA TORRES
United States District Judge