```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/25/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

LIN MIAO

                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__15__-CR-__628__(__AT__)(__1__)

Defendant __LIN MIAO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

**X** Felon Sentencing

_/s/ LM_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**LIN MIAO**
Print Defendant's Name

_/s/ Victor Sherman_
Defense Counsel's Signature

**VICTOR SHERMAN**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

July 19, 2022
Date

_/s/ Analisa Torres_
**ANALISA TORRES**
United States District Judge