USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023

LAW OFFICES OF VICTOR SHE[RMAN]
A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

January 3, 2023

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Lin Miao; Case No.: 1:15-cr-00628-AT

Dear Judge Torres:

    On October 6, 2022 the defendant requested an extension to report to begin the service of his sentence to January 17, 2023. The Court was kind enough to grant the extension. The defendant is presently scheduled to report to FCI Mendota.

    As the Court will recall, in 2018, the defendant and his wife, Recille, founded Opan Supply (OS). The company began operations in Bakersfield, California. As referenced in my letter to the Court of October 6, 2022, the defendant found a second location to expand the business in Colton, California. A lease was signed for that location on November 1, 2022. Thereafter, the defendant and his wife, stocked the location and began operation on December 3, 2022. The first weeks were extremely successful and the business is already in the process of making a small profit. However, the lease signed by the defendant's third party investor turned out to be a significant problem, as the lease provided for 30,000 square feet of space but due to certain fire and other regulations in the City of Colton, the defendant and his wife have only been able to use 6,500 square feet. The building was divided into three separate rooms and the only portion of the building that is operational is room number 1.

    As a result of the limitations placed by the City of Colton, the defendant's plans to use the entire building space has been severely curtailed and has necessitated a significant change in the way the business is operated. Rather than being able to store merchandise at the Colton location in rooms 2 and 3, the

January 3, 2023
Page Two

defendant has had to use his Bakersfield location as a storage area. It therefore has required additional logistic operations to move the merchandise from Bakersfield to Colton in order to stock the new location.

As a consequence, the defendant has had to severly rearrange the way the business operates and needs an additional three weeks, to and including February 6, 2023 to train the staff at both the Bakersfield and Colton locations to accommodate this new, unexpected situation. The defendant is very anxious to begin service of his sentence as he is very desirous of doing his time and reuniting with his family as soon as possible. Defendant was very hopeful that the date of January 17, 2023 would be sufficient as a surrender date. However, due to the City of Colton limiting his ability to use the Colton location to store merchandise, the defendant desperately needs an additional three weeks to make the necessary adjustments.

It is therefore respectfully requested that the Court extend the deadline for the defendant to report to begin the service of his sentence to February 6, 2023, an extension of 20 days from the current date of January 17, 2023. The additional 20 days will enable the defendant to train his staff in a way that allows his family to manage the operation while he is in custody.

The Government has previously stated that as to the request to extend the reporting date, it takes no position and leaves it solely to the discretion of the Court.

Counsel and defendant very much thank the Court for its courtesy in this matter.

Yours very truly,

VICTOR SHERMAN

GRANTED.

SO ORDERED.

Dated: January 4, 2023
New York, New York

ANALISA TORRES
United States District Judge