UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

LIN MIAO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2023

15 Cr. 628 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated April 11, 2023. ECF No. 95. By **April 19, 2023**, the Government shall file its response.

    SO ORDERED.

Dated: April 12, 2023
       New York, New York

ANALISA TORRES
United States District Judge