UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

LIN MIAO,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023

15 Cr. 628 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated June 15, 2023. ECF No. 99. By **June 29, 2023**, the Government shall file its response.

    SO ORDERED.

Dated: June 20, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge