UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                -against-

LIN MIAO,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/28/2023

15 Cr. 628 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed Defendant's letter dated August 25, 2023.  ECF No. 110.  By **September 5, 2023**, the Government shall file its response.

       SO ORDERED.

Dated: August 28, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge