LAW OFFICES OF VICTOR SHERMAN
A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/30/2023
```

August 25, 2023

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Lin Miao;</u> Case No.: 1:15-cr-00628-AT

Dear Judge Torres:

  Defendant, Lin Miao, by and through his counsel of record, Victor Sherman, hereby respectfully request that this Court issue an Order to exonerate the property bond placed on the property located at 3842 S. Claudia St., West Valley City, Utah 85120.
  On or about May 28, 2015, the Central District Court of California set an appearance bond in case number 15-mj-00998 for the defendant in the amount of $350,000 secured by defendant's parents house located at 3842 S. Claudia St., West Valley City, Utah 85120. On July 10, 2015 the case was transferred to New York pursuant to Rule 5 (Docket # 38), including the bond documents posted in California.
  Defendant was sentenced on July 19, 2022 and ordered to surrender to the Bureau of Prisons. Defendant surrendered to FCI Mendota on February 6, 2023.
  Defendant is therefore respectfully requesting that the Court issue an Order to have the property bond exonerated and the lien in the amount $350,000 removed from the property located at 3842 S Claudia St., West Valley City, Utah 85120.

Very truly yours,

Victor Sherman

GRANTED. It is hereby ordered that the property bond be exonerated and the property lien in the amount of $350,000 be removed from the properties located at 3842 S. Claudia St., West Valley City, Utah 85120.

SO ORDERED.

Dated: August 30, 2023
  New York, New York

ANALISA TORRES
United States District Judge